NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re DAITONA CARTER,**
*Petitioner*

---

2026-136

---

On Petition for Writ of Mandamus to the United States District Court for the District of Massachusetts in No. 1:26-cv-10304-ADB, Judge Allison Dale Burroughs.

---

## ON PETITION AND MOTION

---

PER CURIAM.

### O R D E R

Upon consideration of Daitona Carter's petition for a writ of mandamus directing the district court to rule on Petitioner's motions, and the district court having acted on those motions,

IT IS ORDERED THAT:

(1) ECF No. 4 is granted only to the extent that the court will serve Petitioner this order via the email address provided and listed on the court's docket.

(2)  The petition and any other motions are denied.

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

April 30, 2026
Date